IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02156-BNB

JAMES ROHRS,

    Plaintiff,

v.

DENVER SHERIFF DEPART.,
DEPUTY WESTING, of the Denver Sheriffs Dept.,
DENVER HEALTH,
(UNKNOWN) PARAMEDICS, mourning [sic] of 7-23-2012, 12 a.m. - 5:00 pm,
    emergence [sic] room, and
(UNKNOWN) DR. OF DENVER HEALTH, mourning [sic] of 7-23-2012, 12 a.m. [-]
    5 a.m., emergence [sic] room,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, James Rohrs, currently is incarcerated at the Denver County Jail. He initiated this action on August 15, 2012, by filing *pro se* a Prisoner Complaint and two prisoner's motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915. He was granted leave to proceed *in forma pauperis* based on his inability to pay the filing fee in this action.

On August 20, 2012, Magistrate Judge Craig B. Shaffer directed Mr. Rohrs to file within thirty days an amended complaint that sued the proper parties and asserted the personal participation of each named defendant. Mr. Rohrs has failed within the time allowed to file an amended complaint as directed, or otherwise to communicate with the Court in any way. Therefore, the complaint and the action will be dismissed without

prejudice for Mr. Rhors failure to file an amended complaint within the time allowed and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis status* will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Rohrs files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, James Rohrs, within the time allowed, to file an amended complaint as directed in the order of August 20, 2012, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  28th  day of  September , 2012.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court