IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02156-LTB

JAMES ROHRS,

    Plaintiff,

v.

DENVER SHERIFF DEPART.,
DEPUTY WESTING, of the Denver Sheriffs Dept.,
DENVER HEALTH,
(UNKNOWN) PARAMEDICS, mourning [sic] of 7-23-2012, 12 a.m. - 5:00 pm,
    emergence [sic] room, and
(UNKNOWN) DR. OF DENVER HEALTH, mourning [sic] of 7-23-2012, 12 a.m. [-]
    5 a.m., emergence [sic] room,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of September, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/L. Gianelli
                    Deputy Clerk